# FEDERAL DEFENDERS RECEIVED

### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 817 SOUTH COURT STREET
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

June 5, 2014

**BY HAND DELIVERY**
Honorable Susan Russ Walker
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

*2:14cm2803-SRW*

*Re:    Jason Littleton*

Dear Judge Walker:

Our office has been in touch with Assistant U.S. Attorney Kevin P. Davidson regarding the above named individual.  Mr. Littleton is a target of investigation into child pornography.

Mr. Littleton has requested counsel.  Enclosed is his Financial Affidavit.  Our office is able to accept appointment, if the Court approves.

Please let me know if you need any additional information.  Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

CAF/bks

Enclosure

cc:    Kevin P. Davidson, Esq.