# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:14-CM-2803-SRW |
| ) | |
| JASON LITTLETON ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **JASON LITTLETON,** in the above-styled case.

Dated this 19th day of June, 2014.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:14-CM-2803-SRW |
| | ) | |
| JASON LITTLETON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49